IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY SNOW,  )
         Plaintiff,  )
v.  )   Civil Action No. 3:14CV784–HEH
ROBERT SODORSKY,  )
         Defendant.  )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on December 8, 2014, the Court conditionally docketed Plaintiff's action. On December 16, 2014, United States Postal Service returned the December 8, 2014 Memorandum Order to the Court marked "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                            /s/
                              HENRY E. HUDSON
Date: Jan. 7 2015        UNITED STATES DISTRICT JUDGE
Richmond, Virginia